UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

FILED
CLERK, U.S. DISTRICT COURT
JUN 13 2022
CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

| UNITED STATES OF AMERICA V. PLAINTIFF | CASE NUMBER: CR-00077-DOC |
|---|---|
| Robert CIRILLO DEFENDANT | WAIVER OF INDICTMENT |

I, __Robert CIRILLO__, the above-named defendant, who is accused of __Securities FRAUD, False Tax Return, Wire FRAUD__, in violation of __15 U.S.C. §§ 78J(b), 26 USC § 7206(1), 18 USC § 1349.__, being advised of the nature of the charge, the proposed information, and of my rights, hereby waive in open court on _____, prosecution by indictment and consent that the proceedings may be by information rather than by indictment.

__6/13/22__
Date

__6/13/22__
Date

__6/13/22__
Date

__Robert Cirillo (By attorney)__
Defendant

__[signature]__
Counsel for Defendant

Before: __Karen E. Scott__
Judicial Officer

KAREN E. SCOTT

If the defendant does not speak English, complete the following:

I, _____, am fluent in written and spoken English and _____ languages. I accurately translated this Waiver of Indictment from English to _____ for defendant _____ on this date.

Date

Interpreter

CR-57 (06/14)    WAIVER OF INDICTMENT