STEPHANIE S. CHRISTENSEN
Acting United States Attorney
BENJAMIN R. BARRON
Assistant United States Attorney
Chief, Santa Ana Branch Office
CHARLES E. PELL (Cal. State Bar No. 210309)
Assistant United States Attorney
Santa Ana Branch Office
     United States Courthouse
     411 West Fourth Street, Suite 8000
     Santa Ana, California  92701
     Telephone:  (714) 338-3542
     Facsimile:  (714) 338-3561
     E-mail:     charles.e.pell2@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

| UNITED STATES OF AMERICA, | No. 8:22-cr-00077-DOC |
|---|---|
| Plaintiff, | WITHDRAWAL OF STIPULATION TO CONTINUE SENTENCING HEARING DATE |
| v. | |
| ROBERT LOUIS CIRILLO, | |
| Defendant. | |

     Plaintiff United States of America, by and through its counsel of record, the acting United States Attorney for the Central District of California and Assistant United States Attorney Charles E. Pell, and defendant ROBERT LOUIS CIRILLO, by and through his counsel of record, Ronald D. Hedding, Esquire, hereby agree and stipulate to withdraw the previously filed stipulation to continue the sentencing

///

///

///

hearing in defendant CIRILLO's case to November 14, 2022 (DE19), which was filed on August 16, 2022.

IT IS SO STIPULATED.

_____     2022 AUG 30
CHARLES E. PELL                     _____
Assistant United States Attorney    Date
Santa Ana Branch Office


*/s/ per email authorization dated 08/30/2022*
_____     _____
RONALD D. HEDDING                   Date
Attorney for Defendant
ROBERT LOUIS CIRILLO

2